**FILED**

NOV 3 0 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL D. FOTH and KAITLYN J. STRYJEWSKI, <br><br> Plaintiffs, <br> v. <br><br> CONNOISSEUR MEDIA, LLC, <br><br> Defendant. | Cause No. CV 15-14-BLG-SPW <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 22), and for good cause being shown,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

The Clerk of Court is directed to notify all parties of the making of this Order.

Dated this 29th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE